Dismissed and Memorandum Opinion filed July 28, 2005









Dismissed and Memorandum Opinion filed July 28, 2005.

 

In The

 

Fourteenth Court of Appeals

____________

 

NO. 14-05-00730-CR

____________

 

THE STATE OF
TEXAS, Appellant

 

V.

 

DONALD McCOWEN, Appellee

 



 

On Appeal from the
278th District Court

Walker County,
Texas

Trial Court Cause No.
22729

 



 

M E M O R A N D U M   O P I N I O N

The State of Texas, through Walker County Criminal District
Attorney David P. Weeks, moved to withdraw its notice of appeal.  See Tex.
R. App. P. 42.2.  Because this
court has not delivered an opinion, we grant the State=s request.

Accordingly, we order the appeal dismissed.  We direct the clerk of the court to issue the
mandate of the court immediately.

PER CURIAM

 

Judgment rendered
and Memorandum Opinion filed July 28, 2005.

Panel consists of
Chief Justice Hedges and Justices Fowler and Frost. 

Do not publish C Tex.
R. App. P. 47.2(b).